UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO D. HALL (#512895)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-670-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 1, 2011 (doc. no. 15). Petitioner filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, this 18th day of January, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA